IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDKAUER HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL, | § § § § § § § | Civil Action No. 3:05-CV-1328-L |
| Defendants, | § § | |
| and | § § | |
| PAMELA C. STARK, | § § | |
| Relief Defendant. | § | |

## **ORDER**

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On September 20, 2006, the Findings and Recommendation of the United States Magistrate Judge were filed, recommending that the court grant the Receiver's Motion to Allow "A" Claims against the Megafund Receivership Estate [Doc. #191], to which no objections were filed.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The

**Order – Page 1**

magistrate judge's findings are **accepted** as those of the court. Accordingly, the court **grants** Receiver's Motion to Allow "A" Claims against the Megafund Receivership Estate [Doc. #191].

**It is so ordered** this 11th day of October, 2006.

Sam A. Lindsay
United States District Judge

**Order – Page 2**