U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

DEC  6 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | |
| MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDKAUER HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL, | § § § § § § § | Civil Action No. 3:05-CV-1328-L |
| Defendants, | § § § | |
| and | § § | |
| PAMELA C. STARK, | § § | |
| Relief Defendant. | § § | |

## ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On November 20, 2006, the Findings and Recommendation of the United States Magistrate Judge were filed, recommending that the court grant the Receiver's Motion to Allow "A" Claims against the Lancorp Financial Receivership Estate, filed October 18, 2006 ("Receiver's Motion"). Specifically, the magistrate judge recommended that the court allow the investor claims identified in Exhibit 1 to the Receiver's Motion, totaling $10,568,053.02. No objections have been filed.

Order – Page 1

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court. Accordingly, the court **grants** Receiver's Motion to Allow "A" Claims against the Lancorp Financial Receivership Estate, and allows the investor claims identified in Exhibit 1 to the Receiver's Motion, totaling $10,568,053.02. A copy of Exhibit 1 to Receiver's Motion to Allow "A" Claims against the Lancorp Financial Receivership Estate is attached hereto and incorporated by reference.

**It is so ordered** this 6th day of December, 2006.

Sam A. Lindsay
United States District Judge

# Exhibit "1"

010276

| Claim ID | NetClaim | Last Name | First Name | Entity | Invested With |
|---|---|---|---|---|---|
| MFA-00022 | $ 10,000.00 | Slaton, Jr. | Richard O. | Slaton Creative Services | Megafund |
| MFA-00052 | $ 25,950.00 | Flannery | Amelia | | Megafund |
| MFA-00056 | $ 22,820.00 | Kohn | Joseph R. | | Megafund |
| MFA-00066 | $ 12,000.00 | Bowers | Kenneth L. | | Megafund |
| MFA-00078 | $ 11,410.00 | Kohn | Joseph R. | | Megafund |
| MFA-00079 | $ 9,270.00 | Kohn | Joseph R. | | Megafund |
| MFA-00092 | $ 4,600.00 | Gadd | Raymond D. | | Megafund |
| MFA-00093 | $ 20,415.00 | Mykula | Ben J. | | Megafund |
| MFA-00094 | $ 30,600.00 | Mykula | Ben J. | | Megafund |
| MFA-00125 | $ 10,000.00 | Yoson | Christopher | | Megafund |
| MFA-00126 | $ 16,000.00 | Holeva | Mary | | Megafund |
| MFA-00127 | $ 23,150.00 | Flannery | Amelia | | Megafund |
| MFA-00155 | $ 88,800.00 | Quebe | Glen H. | | Megafund |
| MFA-00165 | $ 40,600.00 | Quebe | Justen K. | | Megafund |
| MFA-00176 | $ 10,200.00 | Dickson | Tracy J. | | Megafund |
| MFA-00187 | $ 10,800.00 | Lappin | Steven A. | Charlotte By The Lake Realtors, Inc. | Megafund |
| MFA-00196 | $ 8,400.00 | Gillum | Jimmy W. | | Megafund |
| MFA-00197 | $ 10,000.00 | Gillum | Jimmy W. | | Megafund |
| MFA-00198 | $ 10,000.00 | Gillum | Jimmy W. | | Megafund |
| MFA-00200 | $ 20,400.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00201 | $ 18,800.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00202 | $ 46,800.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00203 | $ 1,000.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00204 | $ 23,400.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00205 | $ 9,200.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00206 | $ 8,200.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00207 | $ 16,800.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00208 | $ 10,400.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00209 | $ 9,400.00 | Kotsanis | Beverly D. | | Megafund |
| MFA-00220 | $ 10,000.00 | Williams | Christine P. | | Megafund |
| MFA-00244 | $ 30,000.00 | Kloss | Kendall S | | Megafund |
| MFA-00256 | $ 46,000.00 | Crone | Ginger Marie | | Megafund |
| MFA-00257 | $ 1,000,000.00 | Salmans | Scott J. | SJS Family Enterprises Ltd | Megafund |
| MFA-00286 | $ 25,000.00 | Brown | John S. | | Megafund |
| MFA-00295 | $ 5,200.00 | Lappin | Steven A. | Charlotte By The Lake Realtors, Inc. | Megafund |
| MFA-00296 | $ 9,280.00 | Wood | Dale J. | | Megafund |
| MFA-00297 | $ 9,280.00 | Wood | Dale J. | | Megafund |
| MFA-00298 | $ 9,280.00 | Wood | Dale J. | | Megafund |
| MFA-00299 | $ 9,280.00 | Wood | Dale J. | | Megafund |
| MFA-00300 | $ 9,280.00 | Wood | Dale J. | | Megafund |
| MFA-00301 | $ 60,000.00 | Wood | Dale J. | Sales Success LLC | Megafund |
| MFA-00302 | $ 40,500.00 | Reavis | James M | Hento Group, Inc. | Megafund |
| MFA-00303 | $ 60,000.00 | Reavis | James M | Hento Group, Inc. | Megafund |
| MFA-00308 | $ 10,000.00 | Evans | Alex | | Megafund |
| MFA-00309 | $ 10,000.00 | Harvey | Billy Darrell | | Megafund |
| MFA-00310 | $ 9,000.00 | Bowles | Mary | | Megafund |
| MFA-00311 | $ 2,200.00 | Norman | Annice | | Megafund |
| MFA-00312 | $ 21,000.00 | Marker | James D. | Bar M Simmental Group | Megafund |
| MFA-00313 | $ 4,000.00 | Koziol | Michael P. | | Megafund |
| MFA-00314 | $ 1,010.00 | Koziol | Michael P. | | Megafund |
| MFA-00317 | $ 7,000.00 | Parker | Wade | | Megafund |
| MFA-00318 | $ 30,000.00 | Parker | Wade | | Megafund |
| MFA-00319 | $ 20,000.00 | Parker | Wade | | Megafund |
| MFA-00320 | $ 50,000.00 | Parker | Wade | | Megafund |
| MFA-00321 | $ 10,000.00 | Parker | Wade | | Megafund |

November 16, 2006

010277

| Claim ID | NetClaim | Last Name | First Name | Entity | Invested With |
|---|---|---|---|---|---|
| MFA-00322 | $ 10,000.00 | Taylor | Earl | Taylor Motors | Megafund |
| MFA-00323 | $ 7,000.00 | Taylor | Earl | Taylor Motors | Megafund |
| MFA-00324 | $ 4,000.00 | Taylor | Earl | Taylor Motors | Megafund |
| MFA-00325 | $ 4,000.00 | Taylor | Earl | Taylor Motors | Megafund |
| MFA-00326 | $ 8,000.00 | Taylor | Earl | Taylor Motors | Megafund |
| MFA-00327 | $ 4,000.00 | Taylor | Earl | Taylor Motors | Megafund |
| MFA-00328 | $ 81,300.00 | Jones | Truman | Life Changers International | Megafund |
| | | | | | |
| 62 claims for | $ 2,155,025.00 | | | | |