IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDKAUER HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL, | § § § § § § § | Civil Action No. 3:05-CV-1328-L |
| Defendants, | § § | |
| and | § § | |
| PAMELA C. STARK, | § § | |
| Relief Defendant. | § | |

## ORDER

Before the court is the Findings and Recommendation of the United States Magistrate Judge, filed December 12, 2006 [docket #241 and 242] concerning the Receiver's Motion to Disallow/Adjust "A" Claims, filed November 13, 2006 [docket #231], and the Receiver's Second Motion to Allow "A" Claims, filed November 15, 2006 [docket #235], and the Receiver's Objections, filed December 20, 2006 [docket #245].

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. The magistrate judge recommends that

certain claims be disallowed or adjusted, and that other investor claims identified in Exhibit 1 to the receiver's motion be granted. The receiver notes in his objections that he has resolved issues regarding two claims.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court, with the modifications requested by the receiver. Therefore, the Receiver's Motion to Disallow or Adjust "A" Claims is **granted**, and following claims are disallowed or modified:

| Claimant | Amount of Claim | Recommended Action |
| --- | --- | --- |
| Arsilia I. Croft (#A-0053) | $ 18,000.00 | Adjusted to $9,000.00 |
| Paul J. Samuels (#A-0062) | $100,000.00 | Disallowed |
| Levoy L. Dewey (#A-0095) | $  8,000.00 | Adjusted to $6,000.00 |
| Levoy L. Dewey (#A-0096) | $  9,000.00 | Adjusted to $7,000.00 |
| Levoy L. Dewey (#A-0097) | $ 10,000.00 | Adjusted to $6,600.00 |
| Edward J. Wolf, Jr. (#A-133) | $ 70,000.00 | Disallowed |
| Patrick D. Griffing (#A-250) | $ 32,000.00 | Adjusted to $42,000.00 |

Additionally, the court **grants** the Receiver's Motion to Allow "A" Claims against the Megafund Receivership Estate, and allows the investor claims identified in Exhibit 1 to the Receiver's Motion, totaling $2,155,025. A copy of Exhibit 1 to Receiver's Motion to Allow "A" Claims against the Megafund Receivership Estate is attached hereto and incorporated by reference.

**It is so ordered** this 9th day of January, 2007.

Sam A. Lindsay
United States District Judge