IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDKAUER HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL, | § § § § § § | Civil Action No. 3:05-CV-1328-L |
| Defendants, | § § | |
| and | § § | |
| PAMELA C. STARK, | § § | |
| Relief Defendant. | § | |

## ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On February 7, 2007, the Findings and Recommendation of the United States Magistrate Judge were filed, recommending that the court grant the Receiver's First Amended Motion to Allow "A" Claims and Disallow Potential "A" Claims against the Sardkauer Holdings Receivership Estate, filed January 12, 2007. Specifically, the magistrate judge recommended that the court grant the Receiver's First Amended Motion to

Allow "A" Claims and Disallow Potential "A" Claims against the Sardkauer Holdings Receivership Estate and allow or disallow the following claims as requested by the Receiver:

| Claimant | Amount of Claim | Recommended Action |
|---|---|---|
| Michael J. Quilling, as Receiver for CIG, Ltd. | $6,063,266.38 | Allowed |
| Lynn Atkinson d/b/a Rose of Avalon, LLC | $100,000.00 | Allowed |
| Norman D. Spahr | $50,000.00 | Allowed |
| Stephen T. Hood | $ 50,000.00 | Allowed |
| Bruce Beeley d/b/a Performance Management Group | $10,000.00 | Allowed |
| Dvora Adams | $15,000.00 | Allowed |
| CDB&B Investors, Inc. c/o Ralph Schaefer | $953,425.52 | Disallowed |
| Harriette Reibman | $60,000.00 | Disallowed |
| Robin Schaefer | $150,000.00 | Disallowed |
| Clover Investment, LLC c/o Jill Erikson | $75,000.00 | Disallowed |
| Ag Financial Services, Ltd. c/o Amin Ramji | $390,000.00 | Disallowed |
| Tony Plotkin | $10,000.00 | Disallowed |
| Investment World, Inc. c/o Kelly Christensen | $50,000.00 | Disallowed |
| Kerry Semon | $23,000.00 | Disallowed |
| Gus Schvarckpof | $50,000.00 | Disallowed |
| Steven Anderson | $10,000.00 | Disallowed |
| Grainaissance, Inc. and Grainaissance Profit Sharing | $200,000.00 | Disallowed |
| Mack Ellery, LLC | $50,000.00 | Disallowed |

**Order – Page 2**

| International Consultants & Referrals | $466,238.73 | Disallowed |
| Paul Sugar | $10,000.00 | Disallowed |
| Linda Gramlich | $15,000.00 | Disallowed |
| Jesse and Margaret Morse | $10,000.00 | Disallowed |
| Daniel Cleary | $10,000.00 | Disallowed |
| William Wesson | $2,000.00 | Disallowed |
| Myrtle Jones | $2,500.00 | Disallowed |
| Maureen Rafael | $10,000.00 | Disallowed |
| Universal One Club, LLC | $150,000.00 | Disallowed |
| Barr Chase, S.A. | $50,000.00 | Disallowed |
| K&R Development, LLC c/o DeWayne Long | $20,000.00 | Disallowed |
| Clara Neil Hollaway a/k/a Clara Neil Heard | $7,422.16 | Disallowed |
| Brain Fabin | $39,000.00 | Disallowed |
| Peter Kaiser | $110,000.00 | Disallowed |
| Covenant Faith Advisor | $60,000.00 | Disallowed |

Further, the magistrate judge recommended that the court disallow claims totaling $178,373.03 filed by John W. Stark, Jr. and Barbara Stark, and any claims not filed to date. No objections have been filed.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court. Accordingly, the court **grants** Receiver's First Amended Motion to Allow "A" Claims and Disallow Potential "A" Claims against the Sardkauer Holdings Receivership Estate, filed January 12, 2007 (Docket No. 250), and **allows** the claims of:

**Order – Page 3**

| | | |
|---|---|---|
| 1. | Michael J. Quilling, as Receiver for CIG, Ltd. | $6,063,266.38 |
| 2. | Lynn Atkinson d/b/a Rose of Avalon, LLC | $100,000.00 |
| 3. | Norman D. Spahr | $50,000.00 |
| 4. | Stephen T. Hood | $ 50,000.00 |
| 5. | Bruce Beeley d/b/a Performance Mgt. Group | $10,000.00 |
| 6. | Dvora Adams | $15,000.00. |

The court **disallows** claims totaling $178,373.03 filed by John W. Stark, Jr. and Barbara Stark, and any claims not filed to date, including claims filed by the 27 individuals and entities identified herein by the court.

**It is so ordered** this 28th day of February, 2007.

Sam A. Lindsay
United States District Judge