IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 8 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDKAUER HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL,<br><br>Defendants,<br><br>and<br><br>PAMELA C. STARK,<br><br>Relief Defendant. | Civil Action No. 3:05-CV-1328-L |

## ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On February 5, 2007, the Findings and Recommendation of the United States Magistrate Judge were filed, recommending that the court grant the Receiver's Third Motion to Allow "A" Claims against the Megafund Receivership Estate, filed January 10, 2007 ("Receiver's Third Motion"). Specifically, the magistrate judge recommended that the court allow the investor claims identified in Exhibit 1 to the Receiver's Third Motion, totaling $52,510.00. No objections have been filed.

**Order – Page 1**

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court. Accordingly, the court **grants** Receiver's Third Motion to Allow "A" Claims against the Megafund Receivership Estate, filed January 10, 2007 (Docket No. 248), and allows the investor claims identified in Exhibit 1 to the Receiver's Third Motion, totaling $52,510.00. A copy of Exhibit 1 to Receiver's Third Motion to Allow "A" Claims against the Megafund Receivership Estate is attached hereto and incorporated by reference.

**It is so ordered** this 28th day of February, 2007.

Sam A. Lindsay
United States District Judge

**Order – Page 2**

# Exhibit "1"

012716

| Claim ID | NetClaim | Last Name | First Name | Entity | Invested With |
|---|---|---|---|---|---|
| MFA-00329 | $ 5,000.00 | Cummings | Andrew K. | | Megafund |
| MFA-00330 | $ 11,010.00 | Henry | Paul M | GWP Investments | Megafund |
| MFA-00331 | $ 3,000.00 | Brown | Richard | R.M. Victorious | Megafund |
| MFA-00332 | $ 2,000.00 | Brown | Richard | R.M. Victorious | Megafund |
| MFA-00333 | $ 500.00 | Brown | Richard | R.M. Victorious | Megafund |
| MFA-00334 | $ 1,000.00 | Brown | Richard | R.M. Victorious | Megafund |
| MFA-00335 | $ 10,000.00 | Hancock | Charlotte L. | | Megafund |
| MFA-00337 | $ 20,000.00 | Pember | Vyrl L. | | Megafund |
| | | | | | |
| 8 claims for | $ 52,510.00 | | | | |