IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § § | |
| MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDAUKER HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL, § § § § § § § | Civil Action No. 3:05-CV-1328-L |
| Defendants, § § | |
| and § § | |
| PAMELA C. STARK, § § | |
| Relief Defendant. § | |

## ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On February 13, 2007, the Findings and Recommendation of the United States Magistrate Judge were filed, recommending that the court grant the Receiver's Motion to Allow "A" Claim on Behalf of Lancorp Financial Receivership Estate Against Megafund Receivership Estate [Doc. #257], to which no objections were filed. Specifically, the magistrate judge recommended that the court grant the motion and, accordingly, allow the claim of Lancorp Financial Receivership Estate in the amount of $8,365,000.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court. Accordingly, the court **grants** Receiver's Motion to Allow "A" Claim on Behalf of Lancorp Financial Receivership Estate Against Megafund Receivership Estate and hereby allows the claim of Lancorp Financial Receivership Estate in the amount of $8,365,000.

**It is so ordered** this 8th day of March, 2007.

_____
Sam A. Lindsay
United States District Judge