IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| | § | |
| MEGAFUND CORPORATION, STANLEY A. LEITNER, SARDAUKAR HOLDINGS, IBC., BRADLEY C. STARK, CIG, LTD., and JAMES A. RUMPF, Individually and d/b/a CILAK INTERNATIONAL, | § § § § § § | Civil Action No. 3:05-CV-1328-L |
| Defendants, | § § | |
| and | § § | |
| PAMELA C. STARK, | § § | |
| Relief Defendant. | § § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On February 14, 2007, the Findings and Recommendation of the United States Magistrate Judge were filed, recommending that the court grant the Receiver's Motion to Make Interim Distribution (Lancorp Financial Receivership Estate) [Doc. #262], to which no objections were filed. Specifically, the magistrate judge recommended that the court grant the interim distribution plan set forth in Exhibit #1 to the Receiver's Motion to Make Interim Distribution (Lancorp Financial Receivership Estate). Under this plan, of the $2,813,532.74

Order – Page 1

the Receiver has on hand in cash and other assets, the Receiver asks that $313,532.74 be reserved to cover past and future expenses, including attorney's fees and accounting fees, and that the remaining $2,500,000 be distributed pro-rata to holders of the allowed claims as set forth in Exhibit #1 to the Receiver's Motion, a copy of which the court has attached as Exhibit #1 to this order.[*]

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court. Accordingly, the court **grants** Receiver's Motion to Make Interim Distribution (Lancorp Financial Receivership Estate), and approves the interim distribution plan set forth in Exhibit 1 hereto, which reflects the exact amount each holder is to receive. The court **directs** the Receiver to issue interim distribution checks to each claimant in the amounts set forth in the attached schedule. *See* Ex. 1. The checks shall be void if not cashed within 45 days from the date of issuance.

**It is so ordered** this 11th day of April, 2007.

Sam A. Lindsay
United States District Judge

---

[*] The court has previously allowed 130 claims totaling $10,568,053.02 against Lancorp Financial Receivership Estate.

**Order – Page 2**

# Exhibit "1"

017657

# Lancorp Interim Distribution

| Claim ID | Last Name | First Names | Entity | Invested With | NetClaim | 23.66% Distribution |
|---|---|---|---|---|---|---|
| MFA-00045 | Biandi | John | White Horse Trust | Lancorp | $ 385,405.00 | $ 91,172.19 |
| MFA-00064 | Herbst | Larry J. | | Lancorp | $ 49,539.51 | $ 11,719.17 |
| MFA-00065 | Swavely | Andrew | | Lancorp | $ 23,188.02 | $ 5,485.40 |
| MFA-00081 | Dermody | Donna Lee | | Lancorp | $ 23,175.27 | $ 5,482.39 |
| MFA-00088 | Steinke | Dean K. | Trust Co. of America | Lancorp | $ 23,280.03 | $ 5,507.17 |
| MFA-00089 | Hoffman | Elisa D. | | Lancorp | $ 46,540.06 | $ 11,009.61 |
| MFA-00090 | Robres | Margarita | | Lancorp | $ 23,044.47 | $ 5,451.45 |
| MFA-00103 | Venrick | John R. | | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00104 | Ellis | Richard | | Lancorp | $ 58,726.07 | $ 13,892.36 |
| MFA-00110 | Nemes | Thomas | Trust | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00111 | Baumer | Bert | | Lancorp | $ 199,074.45 | $ 47,093.45 |
| MFA-00112 | Wallace | Betty | Betty Wallace Profit Sharing Plan 002 | Lancorp | $ 187,141.62 | $ 44,270.60 |
| MFA-00113 | Wallace | Betty | Betty Wallace Trust of 1992 | Lancorp | $ 186,836.88 | $ 44,198.51 |
| MFA-00114 | Benyo | Frances Lynn | | Lancorp | $ 171,856.00 | $ 40,654.60 |
| MFA-00115 | Reed | Jonathan S. | The Jonathan and Katharine Reed Trust | Lancorp | $ 24,764.76 | $ 5,858.40 |
| MFA-00117 | Prins | Norman D. | Norman & Charlene Prins Revocable Living Trust | Lancorp | $ 96,133.17 | $ 22,741.46 |
| MFA-00118 | Prins | Charlene J. | | Lancorp | $ 90,000.00 | $ 21,290.58 |
| MFA-00122 | Fischer | Melvin D. | Fischer Living Trust 02-23-2000 | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00129 | Jordan | Harold R. | The Jordan Family Trust | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00130 | Brett | Dorothy B. | Dorothy B Brett Revocable Trust | Lancorp | $ 24,649.06 | $ 5,831.03 |
| MFA-00132 | Johnson | Philip R. | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00136 | Cui | Dan | | Lancorp | $ 22,797.70 | $ 5,393.07 |
| MFA-00137 | Cui | Dan | | Lancorp | $ 1,241.96 | $ 293.80 |
| MFA-00138 | Cui | Dan | | Lancorp | $ 7,000.00 | $ 1,655.93 |
| MFA-00147 | Griffin | Rosalind W. | | Lancorp | $ 27,784.37 | $ 6,572.73 |
| MFA-00148 | Mills | Donald L. | | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00149 | Patel | Dilip G. Patel MDSC Pension Plan | | Lancorp | $ 48,488.50 | $ 11,470.54 |
| MFA-00151 | McMakin | Mary J. | | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00152 | Knight, IRA FBO | Sandra K. | | Lancorp | $ 40,000.00 | $ 9,462.48 |
| MFA-00153 | Hatfield | William K. | | Lancorp | $ 23,090.16 | $ 5,462.26 |
| MFA-00156 | Allen | Barbara Murrell | | Lancorp | $ 38,534.00 | $ 9,115.68 |
| MFA-00157 | Allen | Barbara Murrell | | Lancorp | $ 38,877.00 | $ 9,196.82 |
| MFA-00158 | Johnson Trust of | Helen Shea | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00159 | Summerlin | Cheryl F. | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00160 | Tolman | Julie A. | The Tolman Family Trust | Lancorp | $ 399,781.43 | $ 94,573.10 |
| MFA-00161 | Franko | Lloyd J. | | Lancorp | $ 58,697.11 | $ 13,885.51 |
| MFA-00162 | Dina | Louis | | Lancorp | $ 189,619.57 | $ 44,856.79 |
| MFA-00164 | Louderdale | Charles | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00166 | Logar | Ronald J | Law Offices of Ronald J. Logar | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00167 | Logar | Ronald J | Law Offices of Ronald J. Logar | Lancorp | $ 30,000.00 | $ 7,096.86 |
| MFA-00168 | Logar | Ronald J | Law Offices of Ronald J. Logar | Lancorp | $ 10,000.00 | $ 2,365.62 |
| MFA-00169 | Logar | Ronald J | Law Offices of Ronald J. Logar | Lancorp | $ 10,000.00 | $ 2,365.62 |
| MFA-00171 | Robertson | Thomas E. | | Lancorp | $ 71,539.75 | $ 16,923.59 |
| MFA-00172 | Robertson | Marc E. | | Lancorp | $ 47,703.17 | $ 11,284.76 |
| MFA-00174 | Robinson | Durwood G. | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00175 | Biles | Jay C. | | Lancorp | $ 160,000.00 | $ 37,849.92 |
| MFA-00177 | Merkel | Robert | | Lancorp | $ 24,423.45 | $ 5,777.66 |
| MFA-00178 | Merkel | Robert | | Lancorp | $ 22,693.17 | $ 5,368.34 |
| MFA-00179 | Van Baelen | Armand D. (Dave) | | Lancorp | $ 23,846.58 | $ 5,641.20 |
| MFA-00180 | Samuels | Allen | International Trading Agency, Inc. | Lancorp | $ 95,386.34 | $ 22,564.79 |
| MFA-00182 | Benkert | Michael J. | Shore 2 Shore Enterprises, Inc. | Lancorp | $ 23,174.96 | $ 5,482.32 |
| MFA-00183 | Pals | Claire H. | Claire H. Pals Revocable Living Trust | Lancorp | $ 253,456.31 | $ 59,958.14 |
| MFA-00184 | Van Sickle | Dorothy J. | Dorothy J. Van Sickle, Survivor Trust | Lancorp | $ 396,561.86 | $ 93,811.48 |
| MFA-00185 | Pals | Harold E. | Harold E. Pals Revocable Living Trust | Lancorp | $ 311,251.53 | $ 73,630.29 |
| MFA-00186 | Pals | Harold E. | Harold E. Pals Revocable Living Trust | Lancorp | $ 481,614.35 | $ 113,931.67 |
| MFA-00189 | Kleja | John L. | John L. & Carolyn A. Kleja Trust | Lancorp | $ 35,000.00 | $ 8,279.67 |
| MFA-00190 | Kleja | John L. | John L. & Carolyn A. Kleja Trust | Lancorp | $ 10,000.00 | $ 2,365.62 |
| MFA-00191 | Kleja | John L. | John L. & Carolyn A. Kleja Trust | Lancorp | $ 5,000.00 | $ 1,182.81 |
| MFA-00192 | Kleja | John L. | John L. & Carolyn A. Kleja Trust | Lancorp | $ 3,108.19 | $ 735.28 |
| MFA-00193 | Shaw | Mark C. | | Lancorp | $ 24,377.39 | $ 5,766.76 |
| MFA-00194 | Shaw | Mark C. | | Lancorp | $ 24,413.82 | $ 5,775.38 |
| MFA-00195 | Hoegler | Stephen J. | | Lancorp | $ 349,000.00 | $ 82,560.15 |
| MFA-00199 | Pracht | Jeffrey L. | | Lancorp | $ 60,000.00 | $ 14,193.72 |
| MFA-00210 | Gibson | Lonnie L. | | Lancorp | $ 26,488.71 | $ 6,266.22 |
| MFA-00211 | Gibson | Lonnie L. | | Lancorp | $ 29,915.29 | $ 7,076.82 |
| MFA-00212 | Bennett | Marion | | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00213 | Blocksom, Jr. | Robert Z. | | Lancorp | $ 23,846.58 | $ 5,641.20 |
| MFA-00214 | Blocksom, Jr. | Robert Z. | | Lancorp | $ 10,000.00 | $ 2,365.62 |
| MFA-00215 | Cattan | Sammy B. | | Lancorp | $ 23,846.58 | $ 5,641.20 |
| MFA-00216 | Miracle | Larry M. | | Lancorp | $ 33,650.87 | $ 7,960.52 |
| MFA-00217 | Emmertz, Jr. | Lawrence F. | | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00218 | Howard | Frank P. | | Lancorp | $ 30,000.00 | $ 7,096.86 |
| MFA-00219 | Hanson | William F. | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00221 | Baumgartner | Max F. | | Lancorp | $ 199,084.45 | $ 47,095.82 |
| MFA-00222 | Couture | Joseph P. | | Lancorp | $ 78,145.41 | $ 18,486.24 |
| MFA-00223 | Charters | Christopher | | Lancorp | $ 193,202.10 | $ 45,704.28 |
| MFA-00224 | Charters | Christopher | | Lancorp | $ 130,591.33 | $ 30,892.95 |
| MFA-00225 | Charters | Henrietta L. | | Lancorp | $ 34,732.77 | $ 8,216.45 |
| MFA-00226 | Tobin | Michael J. | | Lancorp | $ 48,666.65 | $ 11,512.68 |
| MFA-00227 | Tobin | Michael J. | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00228 | Klink | David C. | | Lancorp | $ 24,171.00 | $ 5,717.94 |
| MFA-00229 | Klink | David C. | | Lancorp | $ 194,990.00 | $ 46,127.23 |
| MFA-00231 | Rahner | Mark R | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00232 | Rahner | Mark R | Mark R Rahner OD PC Profit Share | Lancorp | $ 425,000.00 | $ 100,538.86 |

| Claim ID | Last Name | First Names | Entity | Invested With | NetClaim | 23.66% Distribution |
|---|---|---|---|---|---|---|
| MFA-00233 | Rahner | Leslie L | | Lancorp | $ 40,000.00 | $ 9,462.48 |
| MFA-00234 | Thomas | Jerry J | Jerry J Thomas & Nancy M Thomas 1998 Inter Vivos Trust | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00235 | Dotterer | Harold A | | Lancorp | $ 75,000.00 | $ 17,742.15 |
| MFA-00236 | Gaydos | Irene T | | Lancorp | $ 47,239.29 | $ 11,175.02 |
| MFA-00237 | Rose | Thurman H | First Trust Company of Onaga f/b/o | Lancorp | $ 35,000.00 | $ 8,279.67 |
| MFA-00238 | Dirks | Randall K | | Lancorp | $ 37,786.00 | $ 8,938.73 |
| MFA-00239 | Thiers | Virginia E | | Lancorp | $ 23,846.58 | $ 5,641.20 |
| MFA-00240 | Adlerbert | Axina | | Lancorp | $ 60,000.00 | $ 14,193.72 |
| MFA-00241 | Adlerbert | Axina | | Lancorp | $ 40,000.00 | $ 9,462.48 |
| MFA-00242 | Bramson | Robert T | Trust Compnay o fAmerica f/b/o Robert Bramson | Lancorp | $ 149,990.00 | $ 35,481.94 |
| MFA-00243 | Perry | Alvin R | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00245 | Sumerton | William E.J. | | Lancorp | $ 33,385.22 | $ 7,897.68 |
| MFA-00246 | Weckerly | Donald E | | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00247 | Staudt | Richard S | Staudt Holdings, LLC | Lancorp | $ 162,156.78 | $ 38,360.14 |
| MFA-00248 | Staudt | Jane M | Staudt Six Trust | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00249 | Weiss | Peter | | Lancorp | $ 118,802.27 | $ 28,104.11 |
| MFA-00251 | Scalise | George M | The Scalise Family Trust U/A DTD 12/28/1988 | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00252 | Stoddard | Lovell W | | Lancorp | $ 200,000.00 | $ 47,312.40 |
| MFA-00253 | Walls | Scott | | Lancorp | $ 23,413.05 | $ 5,538.64 |
| MFA-00254 | Walls | Scott | | Lancorp | $ 20,000.00 | $ 4,731.24 |
| MFA-00255 | Walls | Scott | | Lancorp | $ 10,000.00 | $ 2,365.62 |
| MFA-00258 | Godbehere | Jeannette Y | | Lancorp | $ 23,846.58 | $ 5,641.20 |
| MFA-00260 | Torchia | Frank J. | The Frank J. Torchia and Diane C. Torchia Charitable Remainder Trust | Lancorp | $ 23,270.03 | $ 5,504.81 |
| MFA-00263 | Cui | Dan | | Lancorp | $ 200,000.00 | $ 47,312.40 |
| MFA-00264 | Hendrickson | Don R. | | Lancorp | $ 59,722.34 | $ 14,128.04 |
| MFA-00265 | Broderson | Robert | | Lancorp | $ 284,990.00 | $ 67,417.81 |
| MFA-00266 | Richards | Velma Elaine | | Lancorp | $ 24,178.64 | $ 5,719.75 |
| MFA-00268 | Charters | Christopher | | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00269 | Charters | Henrietta L. | | Lancorp | $ 3,400.00 | $ 804.31 |
| MFA-00270 | Langsam | Marvin | | Lancorp | $ 49,540.00 | $ 11,719.28 |
| MFA-00271 | Holmes | Richard E | | Lancorp | $ 155,000.00 | $ 36,667.11 |
| MFA-00272 | Feuerhelm | Betty Hoy | | Lancorp | $ 100,000.00 | $ 23,656.20 |
| MFA-00273 | Van Gelder | Gerben D. | | Lancorp | $ 434,822.50 | $ 102,862.49 |
| MFA-00274 | Goodman | Mark R. | Basherit Enterprises | Lancorp | $ 23,846.58 | $ 5,641.20 |
| MFA-00275 | Lagasse | Leo D. | Profit Sharing Plan | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00276 | Spears | Robert S. | | Lancorp | $ 23,218.55 | $ 5,492.63 |
| MFA-00278 | Ferrara | Thomas | | Lancorp | $ 25,000.00 | $ 5,914.05 |
| MFA-00279 | Scott | Louise | | Lancorp | $ 5,000.00 | $ 1,182.81 |
| MFA-00280 | Weiss | Peter | | Lancorp | $ 50,000.00 | $ 11,828.10 |
| MFA-00281 | Scott | Louise | | Lancorp | $ 24,881.64 | $ 5,881.32 |
| MFA-00282 | Scott | Louise | | Lancorp | $ 9,460.87 | $ 2,238.08 |
| MFA-00283 | Scott | Louise | | Lancorp | $ 10,000.00 | $ 2,365.62 |
| MFA-00284 | Scott | Catherine A. | | Lancorp | $ 5,000.00 | $ 1,182.81 |
| MFA-00285 | Scott | Catherine A. | | Lancorp | $ 71,492.70 | $ 16,912.46 |
| MFA-00291 | Dermody | Donna Lee | Trust Company of America f/b/o Donna Lee Dermody | Lancorp | $ 171,634.62 | $ 40,602.23 |
| MFA-00294 | Strube | Wayne | Strube 1991 Trust Dtd 10-14-91 | Lancorp | $ 25,000.00 | $ 5,914.05 |
| | | | | 130 claims | $ 10,568,053.02 | $ 2,500,000.00 |

017659