IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
|---|---|---|
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:05-CV-1328-L** |
| **MEGAFUND CORPORATION, et al.**, | § § § | |
| Defendants. | § | |

# ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On April 9, 2008, the Findings and Recommendation of the United States Magistrate Judge (doc. 394) were filed, recommending that the court sustain the Receiver's Objection to Claim (Megafund Receivership Estate), filed March 14, 2008 (doc. 379), and grant Receiver's Fourth Motion to Allow "A" Claims (Megafund Receivership Estate), filed March 14, 2008 (doc. 380). Specifically, the magistrate judge recommended that the court allow the following claims in the amount of $62,200.00.

| Claim Number | Claimant | Amount |
|---|---|---|
| MFA-00350 | Terry L. Nelson | $10,000.00 |
| MFA-00358 | Henry A. Odonnell (G.W. Health Products LLC) | $28,000.00 |
| MFA-00359 | Dusty A. Meehan | $24,200.00 |

The magistrate judge recommended that the court disallow a claim by Jan Leitner for $29,000.00. No objections have been filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings are **accepted** as those of the court. According, the court **sustains** the Receiver's Objection to Claim and **grants** Receiver's Fourth Motion to Allow "A" Claims. The court **allows** the claims of:

1. Terry L. Nelson $10,000.00
2. Henry A. Odonnell (G.W. Health Products LLC) $28,000.00
3. Dusty A. Meehan $26,200.00.

The court **disallows** claims totaling $29,000.00 filed by Jan Leitner.

**It is so ordered** this 28th day of May, 2008.

Sam A. Lindsay
United States District Judge