IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:05-CV-1328-L** |
| **MEGAFUND CORPORATION, et al.**, | § § § | |
| Defendants. | § § | |

## ORDER

This is a civil action brought by the Securities and Exchange Commission ("SEC") for alleged violations of the federal securities laws. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, on February 27, 2006, this action was referred to United States Magistrate Judge Jeff Kaplan for pretrial management. On June 2, 2008, the Findings and Recommendation of the United States Magistrate Judge (doc. 413) (the "Report") were filed, recommending that the court approve the proposed distribution plan set forth in Receiver's Final Report and Proposed Distribution Plan (Lancorp Financial Receivership Estate) (doc. 391) ("Receiver's Final Report") and grant the fee application set forth in Receiver's Final Application to Allow and Pay (1) Receiver's Fees and Expenses; (2) Attorneys Fees and Expenses; and (3) Accountants Fees and Expenses (Lancorp Financial Group Receivership Estate) (doc 392). No objections to the Report were filed.

The court has reviewed the magistrate judge's finding and recommendation, record, and applicable law, and finds that the magistrate judge's findings are correct. They are therefore **accepted** as those of the court. Accordingly, the court **approves** Receiver's Final Report and

Proposed Distribution Plan (Lancorp Financial Receivership Estate), attached with its exhibits as an exhibit to this order and incorporated herein as if repeated verbatim, and **grants** the Receiver's final application for attorney's fees and accounting fees as set forth in the Report. Accordingly, the court **orders** that the Receiver may pay $23,934.00 in fees and $310.72 in expenses to the law firm of Quilling Selander Cummiskey & Lownds, P.C. The court also **orders** that the Receiver is authorized to reserve $10,000.00 for legal fees, $7,500.00 for accounting fees, and $1,920.00 for storage costs from funds available for further distribution for future costs. The court further **orders** that the Receiver is authorized to make distributions to claimants in accordance with the schedule attached as Exhibit "C" to the Receiver's Final Report and to send a cover letter to each claimant in the form attached as Exhibit "D" to the Receiver's Final Report.

**It is so ordered** this 24th day of June, 2008.

Sam A. Lindsay
United States District Judge