IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:05-CV-1328-L** |
| **MEGAFUND CORPORATION, et al.**, | § § § | |
| Defendants. | § | |

### ORDER

The court reopened this case on September 1, 2009, for the limited purpose of allowing the Receiver to make additional distributions. On March 3, 2010, the Receiver filed a motion to deposit the funds from unclaimed checks from this distribution in the court's registry. The Receiver stated that he had mailed distribution checks. The court granted his motion. It appears that there are no further matters that require the court's attention in this case. The court **determines** that this case should be, and is hereby, **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**It is so ordered** this 10th day of March, 2010.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page